FILED
CLERK, U.S. DISTRICT COURT
MAR - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| QIANG HUANG,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>V.M. ALMAGER, Warden,<br><br>　　　　Respondent. | No. CV 07-3059-SJO (PLA)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 2/27/08

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE